UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Jose Montero-Martinez, | Case No. 2:25-cv-02391-CDS-DJA |
| Petitioner | Order Granting Petitioner's Motion to Extend Time to File Amended Petition |
| v. | |
| DHS ICE, et al., | [ECF No. 9] |
| Respondents | |

In this habeas action challenging his continued detention, petitioner Jose Montero-Martinez moves to extend time to file an amended petition by thirty days. Mot., ECF No. 9. Montero-Martinez seeks this additional time to determine whether his issue can be resolved in immigration court. *Id.* at 2. I find good cause to grant this request.

It is therefore ordered that the petitioner's motion to extend time **[ECF No. 9] is granted** nunc pro tunc to December 30, 2025. Any amended petition is due by January 30, 2026.

Dated: January 7, 2026

_____
Cristina D. Silva
United States District Judge